UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELINDA ULLE, et al.,<br><br>Plaintiff(s),<br>v.<br><br>MONROE SCHOOL DISTRICT NO 103,<br><br>Defendant(s). | CASE NO. C26-1001-KKE<br><br>ORDER VACATING CASE SCHEDULE AND GRANTING UNOPPOSED MOTION FOR APPOINTMENT OF SETTLEMENT GUARDIAN *AD LITEM* |

The parties have notified the Court that they have settled this case. Dkt. No. 19. The parties request that while they finalize settlement, the Court vacate the case deadlines. *Id.* In accordance with the parties' notice, the Court VACATES the trial date and pretrial deadlines previously set. Dkt. No. 13. The clerk is also directed to TERMINATE the pending motion to strike. Dkt. No. 14.

Plaintiffs also come to the Court with an unopposed motion for appointment of settlement guardian ad litem for M.U., the minor child of Plaintiffs Melinda Ulle and Jay Ulle. Dkt. No. 20. The Court has reviewed the motion and the record and finds good cause to appoint a guardian ad litem pursuant to Local Rules W.D. Wash. LCR 17(c). The Court finds Jeffrey D. Coats qualified to serve. Accordingly, the Court GRANTS the unopposed motion (Dkt. No. 20) and APPOINTS Jeffrey D. Coats as Settlement Guardian ad Litem for M.U., to represent the interests of M.U. in this matter, to discharge his duties and obligations pursuant to said Rules including, but not limited to, presenting the Court with a report and recommendation as to the adequacy of the offered

settlement, to be compensated at his normal hourly rate. The parties shall present Mr. Coats's report to the Court no later than October 21, 2026.

Dated this 21st day of August, 2026.

Kymberly K. Evanson
United States District Judge