UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELINDA ULLE, et al.,<br><br>Plaintiff(s),<br>v.<br><br>MONROE SCHOOL DISTRICT NO 103,<br><br>Defendant(s). | CASE NO. C26-1001-KKE<br><br>**ORDER APPROVING MINOR SETTLEMENT** |

THIS MATTER comes before the Court upon the motion for Court approval to settle the minor, M.U.'s personal injury and discrimination claims, and this lawsuit, and the Monroe School District ("District") and its insurer, Washington Schools Risk Management Pool ("WSRMP"), on behalf of the District, having offered to pay the following sums to and for the benefit of M.U., and the Court having reviewed Plaintiffs Motion for Approval of Minor Settlement, the report of the Settlement Guardian ad Litem, Jeffrey D. Coats, and the records and files herein, and deeming itself fully advised in the premises, now, therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

A. The net settlement proposal in the amount of $394,263.88 for M.U., a minor, (of gross total settlement of $1,000,000.00 for the minor and her parents, Melinda Ulle and Jay Ulle), is hereby approved by the Court as reasonable and appropriate.

B. Melinda Ulle and Jay Ulle, as parents and guardians of M.U., are hereby authorized and directed to execute any and all instruments necessary to effect the settlement and releases on behalf of M.U., the minor.

C. WSRMP, on behalf of the District, shall pay the sum of $1,000,000.00 in settlement of the minor's and parents' claims and lawsuit to Cedar Law LLP. Cedar Law LLP shall then disperse as follows:

1. **Pooled Alliance Community Trusts ("PACT") $394,263.88**
   Placed in a Pooled Special Needs Trust at PACT, to and for the benefit of M.U.

2. **Parents $205,000.00**
   Loss of Consortium: $180,000.00 with Cedar Law LLP to disburse $90,000.00 to Melinda Ulle and a disbursement of $90,000.00 to Jay Ulle
   Vacation Disbursement: $25,000.00

3. **Cedar Law LLP $400,736.12**
   Attorneys' Fees: $390,000.00
   Costs: $10,736.12

D. The District and/or its insurer, WSRMP, is directed to pay the proceeds of the settlement, in the form of a check in the amount of $1,000,000.00 made payable to Cedar Law LLP IOLTA in Trust for M.U., Jay and Melinda Ulle, within forty-five (45) days after the Order Approving Minor Settlement is issued and the execution of any and all instruments necessary for the settlement and releases and the District's receipt of same.

E. The settlement proceeds shall not be considered to have been received by, to be available to, or to have come into the possession or under the control of M.U., the minor.

F. Parents shall open a Pooled Alliance Community Trust for M.U., the minor, in compliance with this Order. The initial set up cost of the trust and the annual trust fee shall be paid out of the net proceeds.

G. Cedar Law LLP shall deposit $394,263.88 into the Pooled Alliance Community Trusts to and for the benefit of M.U.

H. The Trustee, Pooled Alliance Community Trusts, should be authorized to make distributions or any other financial arrangements appropriate, to assist beyond the basic food and shelter provided by benefits programs and/or as a parental obligation, for the benefit of M.U.

I. Cedar Law LLP shall file a "Receipt of Deposit of Funds," within sixty (60) days after the entry of this Order approving the settlement.

J. The Settlement Guardian Ad Litem fees and costs totaling $3,500.00 payable to the Settlement Guardian Ad Litem, Jeffrey D. Coats, is approved as reasonable, and the District and/or its insurer, WSRMP, on behalf of the District, is ordered to pay such fees and costs, within forty-five (45) days after the entry of this Order approving the settlement, without reduction to the settlement proceeds.

K. The Settlement Guardian Ad Litem is discharged upon the filing of the Receipt of Deposit of Funds.

Dated this 21st day of October, 2026.

Kymberly K. Evanson
United States District Judge